FILED

2023 Sep-28  PM 03:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

# ALABAMA SJIS CASE DETAIL



**alacourt.com**

County: **33**    Case Number: **CV-2023-900117.00**    Court Action:

Style: **GAYLA HAMILTON MILLS V. PLAYTIKA, LTD. ET AL**

PREPARED FOR: DANIEL LOWERY
9/27/2023 10:46:32 AM

**Real Time**

## Case

### Case Information

| | | |
|---|---|---|
| County: **33-FRANKLIN** | Case Number: **CV-2023-900117.00** | Judge: **BPH:BRIAN P HAMILTON** |
| Style: **GAYLA HAMILTON MILLS V. PLAYTIKA, LTD. ET AL** | | |
| Filed: **08/25/2023** | Case Status: **ACTIVE** | Case Type: **OTHER TORT** |
| Trial Type: **BENCH** | Track: | Appellate Case: **0** |
| No of Plaintiffs: **1** | No of Defendants: **2** | |

### Damages

| | | |
|---|---|---|
| Damage Amt: **0.00** | Punitive Damages: **0.00** | General Damages: **0.00** |
| No Damages: | Compensatory Damages: **0.00** | |
| Pay To: | Payment Frequency: | Cost Paid By: |

### Court Action

| | | |
|---|---|---|
| Court Action Code: | Court Action Desc: | Court Action Date: |
| Num of Trial days: **0** | Num of Liens: **0** | Judgment For: |
| Dispositon Date of Appeal: | Disposition Judge: **:** | Disposition Type: |
| Revised Judgement Date: | Minstral: | Appeal Date: |
| Date Trial Began but No Verdict (TBNV1): | | |
| Date Trial Began but No Verdict (TBNV2): | | |

### Comments

Comment 1:

Comment 2:

### Appeal Information

| | | |
|---|---|---|
| Appeal Date: | Appeal Case Number: | Appeal Court: |
| Appeal Status: | Orgin Of Appeal: | |
| Appeal To: | Appeal To Desc: | LowerCourt Appeal Date: |
| Disposition Date Of Appeal: | Disposition Type Of Appeal: | |

### Administrative Information

| | | |
|---|---|---|
| Transfer to Admin Doc Date: | Transfer Reason: | Transfer Desc: |
| Number of Subponeas: | Last Update: **08/25/2023** | Updated By: **AJA** |

## Parties

### Party 1 - Plaintiff INDIVIDUAL - MILLS GAYLA HAMILTON

#### Party Information

| | | |
|---|---|---|
| Party: **C001-Plaintiff** | Name: **MILLS GAYLA HAMILTON** | Type: **I-INDIVIDUAL** |
| Index: **D PLAYTIKA, LT** | Alt Name: | Hardship: **No**    JID: **BPH** |
| Address 1: **261 BRIARLEIGH ROAD** | | Phone: **(256) 000-0000** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Address 2: | | | | | | | |
| City: | **RUSSELLVILLE** | State: | **AL** | Zip: | **35653-0000** | Country: | **US** |
| SSN: | **XXX-XX-X603** | DOB: | | Sex: | **F** | Race: | |

## Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | **$0.00** | Court Action For: | | Exemptions: | |
| Cost Against Party: | **$0.00** | Other Cost: | **$0.00** | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

## Service Information

| | | | | |
|---|---|---|---|---|
| Issued: | Issued Type: | Reissue: | Reissue Type: | |
| Return: | Return Type: | Return: | Return Type: | |
| Served: | Service Type | Service On: | Notice of No Answer: / Served By: | |
| Answer: | Answer Type: | Notice of No Service: | | |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | BOW037 | | BOWLING JEFFREY LOWELL | JEFFBRBPC@BELLSOUTH.NET | (256) 332-2880 |
| Attorney 2 | MCR008 | | MCREYNOLDS JOHN ANDREW IV | JOHNMCBRBPC@GMAIL.COM | (256) 332-2880 |
| Attorney 3 | HAR411 | | HARGETT EVAN MICHAEL | EVANBRBPC@GMAIL.COM | (256) 332-2880 |
| Attorney 4 | DAV009 | | DAVIS DUDLEY FRANK | FDAVIS@DAVISNORRIS.COM | (205) 930-9900 |
| Attorney 5 | NOR041 | | NORRIS JOHN EDWARD | JNORRIS@DAVISNORRIS.COM | (205) 930-9900 |
| Attorney 6 | WAR089 | | WARE DARGAN MANER | DWARE@DAVISNORRIS.COM | (205) 930-9900 |

### Party 2 - Defendant BUSINESS - PLAYTIKA, LTD.

## Party Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party: | **D001-Defendant** | Name: | **PLAYTIKA, LTD.** | | | Type: | **B-BUSINESS** |
| Index: | **C MILLS GAYLA** | Alt Name: | | Hardship: | **No** | JID: | **BPH** |
| Address 1: | **2225 VILLAGE WALK DRIVE** | | | Phone: | **(256) 000-0000** | | |
| Address 2: | **SUITE 240** | | | | | | |
| City: | **HENDERSON** | State: | **NV** | Zip: | **89052-0000** | Country: | **US** |
| SSN: | **XXX-XX-X999** | DOB: | | Sex: | | Race: | |

## Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | **$0.00** | Court Action For: | | Exemptions: | |
| Cost Against Party: | **$0.00** | Other Cost: | **$0.00** | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

## Service Information

| | | | | |
|---|---|---|---|---|
| Issued: | **08/25/2023** | Issued Type: | **C-CERTIFIED MAIL** | Reissue: | Reissue Type: | |
| Return: | Return Type: | Return: | Return Type: | |
| Served: | Service Type | Service On: | Notice of No Answer: / Served By: | |
| Answer: | Answer Type: | Notice of No Service: | | |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|--------|---------------|-----------------|------|-------|-------|
| Attorney 1 | 000000 | | PRO SE | | |

## Party 3 - Defendant BUSINESS - PLAYTIKA HOLDING CORP. C/O CORPORATION SERVICE CO.

### Party Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party: | D002-Defendant | Name: | PLAYTIKA HOLDING CORP. C/O CORPORATION SERVICE CO. | | | Type: | B-BUSINESS |
| Index: | C MILLS GAYLA | Alt Name: | | Hardship: | No | JID: | BPH |
| Address 1: | 112 NORTH CURRY STREET | | | Phone: | (256) 000-0000 | | |
| Address 2: | | | | | | | |
| City: | CARSON | State: | NV | Zip: | 89703-0000 | Country: | US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | | Race: | |

### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | Court Action For: | | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: | $0.00 | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

### Service Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Issued: | 08/25/2023 | Issued Type: | C-CERTIFIED MAIL | Reissue: | | Reissue Type: | |
| Return: | | Return Type: | | Return: | | Return Type: | |
| Served: | 09/08/2023 | Service Type | C-CERTIFIED MAIL | Service On: | | Served By: | |
| Answer: | | Answer Type: | | Notice of No Service: | Notice of No Answer: | | |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|--------|---------------|-----------------|------|-------|-------|
| Attorney 1 | 000000 | | PRO SE | | |

## Financial

### Fee Sheet

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold | Garnish Party |
|------------|-----------|----------|-------|-------|------------|-------------|---------|-------------|---------------|
| ACTIVE | N | AOCC | C001 | 000 | $34.14 | $34.14 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CONV | C001 | 000 | $15.26 | $15.26 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CV05 | C001 | 000 | $301.00 | $301.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | VADM | C001 | 000 | $45.00 | $45.00 | $0.00 | $0.00 | 0 |
| | | | | Total: | $395.40 | $395.40 | $0.00 | $0.00 | |

### Financial History

| Transaction Date | Description | Disbursement Accoun | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Operator |
|------------------|-------------|---------------------|-------------------|----------------|--------|------------|----------|------------|-----------|--------|----------|----------|
| 08/25/2023 | RECEIPT | AOCC | 2023234 | 14752800 | $34.14 | C001 | 000 | | N | | | MMC |
| 08/25/2023 | CREDIT | CONV | 2023234 | 14752900 | $15.26 | C001 | 000 | | N | | | MMC |
| 08/25/2023 | RECEIPT | CV05 | 2023234 | 14753000 | $301.00 | C001 | 000 | | N | | | MMC |
| 08/25/2023 | RECEIPT | VADM | 2023234 | 14753100 | $45.00 | C001 | 000 | | N | | | MMC |

## Case Action Summary

| Date: | Time | Code | Comments | | Operator |
|-------|------|------|----------|---|----------|
| 8/25/2023 | 12:14 PM | ECOMP | COMPLAINT E-FILED. | | BOW037 |
| 8/25/2023 | 12:15 PM | FILE | FILED THIS DATE: 08/25/2023 | (AV01) | AJA |

| 8/25/2023 | 12:15 PM | EORD | E-ORDER FLAG SET TO "Y"   (AV01) | AJA |
|---|---|---|---|---|
| 8/25/2023 | 12:15 PM | ASSJ | ASSIGNED TO JUDGE: BRIAN P HAMILTON   (AV01) | AJA |
| 8/25/2023 | 12:15 PM | SCAN | CASE SCANNED STATUS SET TO: N   (AV01) | AJA |
| 8/25/2023 | 12:15 PM | TDMN | BENCH/NON-JURY TRIAL REQUESTED   (AV01) | AJA |
| 8/25/2023 | 12:15 PM | STAT | CASE ASSIGNED STATUS OF: ACTIVE   (AV01) | AJA |
| 8/25/2023 | 12:15 PM | ORIG | ORIGIN: INITIAL FILING   (AV01) | AJA |
| 8/25/2023 | 12:15 PM | C001 | C001 PARTY ADDED: MILLS GAYLA HAMILTON   (AV02) | AJA |
| 8/25/2023 | 12:15 PM | C001 | INDIGENT FLAG SET TO: N   (AV02) | AJA |
| 8/25/2023 | 12:15 PM | C001 | LISTED AS ATTORNEY FOR C001: BOWLING JEFFREY LOWE | AJA |
| 8/25/2023 | 12:15 PM | C001 | LISTED AS ATTORNEY FOR C001: MCREYNOLDS JOHN ANDR | AJA |
| 8/25/2023 | 12:15 PM | C001 | LISTED AS ATTORNEY FOR C001: HARGETT EVAN MICHAEL | AJA |
| 8/25/2023 | 12:15 PM | C001 | LISTED AS ATTORNEY FOR C001: DAVIS DUDLEY FRANK | AJA |
| 8/25/2023 | 12:15 PM | C001 | LISTED AS ATTORNEY FOR C001: NORRIS JOHN EDWARD | AJA |
| 8/25/2023 | 12:15 PM | C001 | LISTED AS ATTORNEY FOR C001: WARE DARGAN MANER | AJA |
| 8/25/2023 | 12:15 PM | C001 | C001 E-ORDER FLAG SET TO "Y"   (AV02) | AJA |
| 8/25/2023 | 12:15 PM | D001 | D001 PARTY ADDED: PLAYTIKA, LTD.   (AV02) | AJA |
| 8/25/2023 | 12:15 PM | D001 | INDIGENT FLAG SET TO: N   (AV02) | AJA |
| 8/25/2023 | 12:15 PM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE   (AV02) | AJA |
| 8/25/2023 | 12:15 PM | D001 | CERTIFIED MAI ISSUED: 08/25/2023 TO D001   (AV02) | AJA |
| 8/25/2023 | 12:15 PM | D001 | D001 E-ORDER FLAG SET TO "Y"   (AV02) | AJA |
| 8/25/2023 | 12:15 PM | D002 | D002 PARTY ADDED: PLAYTIKA HOLDING CORP. C/O CORPO | AJA |
| 8/25/2023 | 12:15 PM | D002 | INDIGENT FLAG SET TO: N   (AV02) | AJA |
| 8/25/2023 | 12:15 PM | D002 | LISTED AS ATTORNEY FOR D002: PRO SE   (AV02) | AJA |
| 8/25/2023 | 12:15 PM | D002 | CERTIFIED MAI ISSUED: 08/25/2023 TO D002   (AV02) | AJA |
| 8/25/2023 | 12:15 PM | D002 | D002 E-ORDER FLAG SET TO "Y"   (AV02) | AJA |
| 8/31/2023 | 10:11 AM | ESCAN | SCAN - FILED 8/25/2023 - CERTIFIED MAIL | MMC |
| 9/8/2023 | 3:14 PM | D002 | SERVICE OF CERTIFIED MAI ON 09/08/2023 FOR D002 | MMC |
| 9/8/2023 | 3:14 PM | ESERC | SERVICE RETURN | MIC |

## Images

| Date: | Doc# | Title | Description | Pages |
|---|---|---|---|---|
| 8/25/2023 12:14:59 PM | 1 | CIVIL_COVER_SHEET | CIRCUIT COURT - CIVIL CASE | 1 |
| 8/25/2023 12:15:00 PM | 2 | COMPLAINT | | 13 |
| 8/25/2023 12:15:51 PM | 3 | COMPLAINT - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |
| 8/25/2023 12:15:52 PM | 4 | COMPLAINT - SUMMONS | E-NOTICE TRANSMITTALS | 2 |
| 8/25/2023 12:00:05 AM | 5 | CERTIFIED MAIL | | 2 |
| 9/8/2023 3:14:56 PM | 6 | SERVICE RETURN | SERVICE RETURN | 1 |
| 9/8/2023 3:14:57 PM | 7 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 6 |

   *END OF THE REPORT*

ELECTRONICALLY FILED
8/25/2023 12:14 PM
33-CV-2023-900117.00
CIRCUIT COURT OF
FRANKLIN COUNTY, ALABAMA
ANITA SCOTT, CLERK

DOCUMENT 2

## IN THE CIRCUIT COURT
## OF FRANKLIN COUNTY, ALABAMA

| | | |
|---|---|---|
| GAYLA HAMILTON MILLS, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No.:** |
| | ) | |
| **PLAYTIKA, LTD, and** | ) | |
| **PLAYTIKA HOLDING CORP.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## COMPLAINT

1.      This case is brought pursuant to Section 8-1-150(b) of the Alabama Code, which allows "***any other person***" to recover money lost in gambling "for the use of the wife…children or … next of kin of the loser." Ala. Code § 8-1-150(b) (emphasis supplied). As will be explained in detail below, this suit, brought by an individual for the use of those named in the statute, is not a class action pursuant to Rule 23 of the Alabama Rules of Civil Procedure. The legislature has chosen to allow ***any person*** to bring the case, and to allow the benefit to accrue to the family of the losing gamblers, whether or not that person is a proper class representative under Rule 23. It is also not a mass action under the federal Class Action Fairness Act since it is brought by one person. This suit is what is typically called a private attorney general action.

2.      Defendant Playtika makes available online games and applications across multiple platforms that are games of chance, and thus illegal gambling, under Alabama law. Such games violate Alabama law if a patron pays money for the chance to win anything of value. As will be explained below, Playtika's games allow players to win free or extended playing time, which is a thing of value under Alabama Law. Ala. Code § 13A-12-20(11).

## PARTIES, JURISDICTION, AND VENUE

3.      Plaintiff Gayla Hamilton Mills is an adult resident citizen of Franklin County, Alabama.

4.      Defendant Playtika, Ltd. is a foreign corporation headquartered in Herzliya, Israel. It does business through its online gambling games in all counties in Alabama, including Plaintiff's resident county. It does not have a physical place of business in the state of Alabama.

5.      Defendant Playtika Holding Corp. is a corporation organized under the laws of Delaware with its principal place of business in Henderson, Nevada.  It does business through its online gambling games in all counties in Alabama, including Plaintiff's resident county. It does not have a physical place of business in the state of Alabama.

DOCUMENT 2

**FACTUAL BACKGROUND**

6.      Defendants Playtika, Ltd., and Playtika Holding Corp. (collectively "Playtika") make available online games of chance in a variety of formats including, but not limited to, slot machines, other casino-style games, card games and other games of chance. Below is a typical example of such games:



7.      Customers initially receive some free coins to play the games. They then spend coins to play the game. For example, on the slot type games customers spend some of their coins to spin the reels. If they lose, they lose the coins wagered. If they win, they win additional coins allowing them to play longer. When a consumer runs out of coins entirely, they must purchase coins if they wish to continue playing the game with full functionality. Customers who purchase these coins do so to bet them in the same manner described above.

3

8.     Defendant collects millions of dollars in revenue each year from consumers who purchase coins in its apps and use them to play the slot machines and other games of chance found there.

## ALABAMA'S GAMBLING LAWS

9.     "[T]he public policy of this State, as recorded in the Constitution, is that illegal gambling is harmful." Alabama v. Epic Tech, L.L.C., 323 So.3d 572, 582 (Ala. 2020). Indeed, as stated by our Supreme Court as long ago as 1888 and as recently as 2020, Alabama's judiciary has long recognized the Legislature's condemnation of the societal harm of illegal gambling:

> This construction is in full harmony with the policy of the constitution and laws of Alabama prohibitory of the vicious system of lottery schemes and the evil practice of gaming, in all their protean shapes, tending, as centuries of human experience now fully attest, to mendicancy and idleness on the one hand, and moral profligacy and debauchery on the other. No state has more steadfastly emphasized its disapprobation of all these gambling devices of money-making by resort to schemes of chance than Alabama. For more than 40 years past -- we may say, from the organization of the state, with some few years of experimental leniency -- the voice of the legislature has been loud and earnest in its condemnation of these immoral practices, now deemed so enervating to the public morals.

State v. Epic Tech, LLC, 323 So. 3d 572, 582 (Ala. 2020) (quoting Johnson v. State, 83 Ala. 65, 3 So. 790, 791 (1888)).

10.    Alabama's public policy against gambling, as embodied in the Alabama Constitution, is so strong that its Legislature cannot permit a game of chance involving some skill unless skill is the dominant factor, not chance. Opinion of

DOCUMENT 2

4

Justices, 795 So. 2d 630 (Ala. 2001) (referencing Section 65 of the Alabama Constitution).

11.     The Alabama criminal laws pertaining to gambling are codified at Sections 13A-12-20 through 13A-12-92 of the Code of Alabama, 1975. Section 13A-12-22(a) states "[a] person commits the crime of promoting gambling if he knowingly advances or profits from unlawful gambling activity otherwise than as a player." Section 13A-12-23 adds: "A person commits the crime of conspiracy to promote gambling if he conspires to advance, or profit from gambling activity, otherwise than as a player."

12.     The statute also defines gambling itself. "A person engages in gambling if he stakes or risks something of value upon the outcome of a contest of chance or a future contingent event not under his control or influence, upon an agreement or understanding that he or someone else will receive something of value in the event of a certain outcome." Ala. Code § 13A-12-20(4) (1975).

13.     As noted above, players of defendants' games pay real money to purchase coins, which they then wager in the hopes of winning more coins so that they can continue to play without making additional purchases. They make this wager on the outcome of the spin of a slot machine or the results of other gambling games.

14. Under Alabama law, "something of value" specifically includes "extension of a service entertainment or a privilege of playing at a game or scheme without charge." Ala. Code § 13A-12-20(11). As a matter of law, paying money to get "coins" that one bets hoping to win more coins so as to gain the "privilege of playing at a game or scheme without charge" is gambling a thing of value in Alabama.

15. Alabama law also defines the term "contest of chance" to include "{a}ny contest, game, gaming scheme or gaming device in which the outcome depends in a material degree upon an element of chance, notwithstanding that skill of the contestants may also be a factor therein." Ala. Code § 13A-12-20(3). Defendant's gambling games are contests of chance under Alabama law.

16. As noted above, Alabama law provides a statutory civil cause of action to recover money paid and lost due to gambling. Ala. Code § 8-1-150. Subsection (b) of the statute provides:

> (b) *Any other person* may also recover the amount of such money, thing, or its value by an action commenced within 12 months after the payment or delivery thereof for the use of the wife or, if no wife, the children or, if no children, the next of kin of the loser.

Ala. Code § 8-1-150(b) (emphasis supplied). Plaintiff Gayla Hamilton Mills is such an "other person" with respect to every Alabama citizen who paid money to Playtika to play gambling games within the past 12 months. The Alabama Legislature, therefore, has explicitly authorized her to bring this action to return that money to

6

the families of the Alabamians who lost it. Plaintiff does not seek to recover the losses of any Alabama citizen who lost $75,000 or more during the statute of limitations period.

17.     While there is a dearth of Alabama caselaw interpreting the plain language of Section 8-1-150(b), authority from other states with similarly-worded statutes make it plain that such provisions should be enforced according to their unambiguous meaning. A notable recent example is Commonwealth ex rel. Brown v. Stars Interactive Holdings (IOM), Ltd., 617 S.W. 3d 792 (Ky. 2020), where the Supreme Court of Kentucky was faced with a similar gambling recovery statute authorizing "any other person" to sue and recover for gambling losses incurred by Kentucky citizens. In that case, the state of Kentucky sued the offshore operator of an online gambling site called PokerStars. The state sought recovery of all losses by Kentucky citizens, invoking a statute very similar to Alabama's authorizing "any other person" to recover gambling losses. The defendant argued that the state was not a "person" within the meaning of the statute. The supreme court rejected that argument and reinstated the state's judgment against the defendant, reasoning that the word "any" in the phrase "any other person" "means one indiscriminately of whatever kind or class; one, no matter what one and is an indefinite pronominal adjective used to designate objects in a general way without pointing out any one in particular. By using the phrase 'any other person,' the General Assembly plainly

expressed that it meant to confer standing on *all* the kinds and classes of persons . . . *without exception*." Id. at 799 (internal quotations and citations omitted; emphasis supplied). Using this definition, plaintiff unquestionably has standing to represent the family of gamblers who lost money playing Defendant's games.

## THIS CASE IS NOT SUBJECT TO FEDERAL COURT JURISDICTION

18.    This action is not a class action. The legislature authorized "any person" to bring the suit, not just a person who could meet the requirements of Rule 23.

19.    The Alabama Supreme Court has held that when a statute authorizes "any person" to bring an action, it means what it says. See Bates v. Crane, 157 So. 3d 171, 174-75 (Ala. 2014) (interpreting statute that allowed any person to bring complaint before police board).

20.    Instead of a class action under Rule 23, this case is what is typically called a "private attorney general action." See Smith v. Southeastern Financial Corp., 337 So. 2d. 330 (Ala. 1976) ("The Civil Worthless Check Act by using the word 'unlawful' and allowing a civil action to be maintained regardless of whether a criminal action has been instituted promotes the private Attorney General concept."). In such an action, the state or other governmental unit authorizes an individual to act on its behalf and enforce the statute in a private action to enforce a public interest. See, e.g., National Consumers League v. Flowers Bakeries, LLC, 36 F. Supp. 3d 26, 32-33 (D.D.C. 2014). In the Flowers Bakeries case, the plaintiff

8

DOCUMENT 2

brought the case, as authorized by a District of Columbia statute, on behalf of purchasers of particular types of bread, who would recover if it prevailed in the case. Id. at 29. Likewise, Ms. Mills brings this case as a private attorney general for the benefit of the family of Alabamians who have lost money to Playtika in illegal gambling, pursuant to Section 8-1-150, which explicitly authorizes this type of suit. Ms. Mills does not seek to recover for the family members of any Alabamian who lost $75,000 or more during the limitations period.

21.     The United States Supreme Court has held that actions by an attorney general, no matter how many people may benefit from them, are not "mass actions" or "class actions" under the Class Action Fairness Act, and so cannot be removed to federal court. Mississippi ex rel. Hood v. AU Optronics Corp., 571 U.S. 161, 176 (2014). In Hood, the defendants argued that a case like this one was a mass action under CAFA because, even though there was a single plaintiff, 100 or more persons would benefit from a recovery in the action. Id. at 169. The Supreme Court, in a unanimous decision, rejected this argument, stating that the 100 or more persons mentioned in CAFA "are not unspecified individuals who have no actual participation in the suit, but instead the very 'plaintiffs' referred to later in the sentence—the parties who are proposing to join their claims in a single trial." Id. The Supreme Court stated: "CAFA's '100 or more persons' phrase does not encompass unnamed persons who are real parties in interest to claims brought by

9

named plaintiffs." Id. Likewise, the federal circuit courts of appeals that have considered the issue have unanimously held that an attorney general or private attorney general action not invoking Rule 23 or a state law counterpart is similarly not a class action with the meaning of CAFA. Canela v. Costco Wholesale Corp., 071 F. 3d 845, 851 (9th Cir. 2020); Mississippi ex rel. Hood v. AU Optronics Corp., 701 F.3d 796, 799 (5th Cir. 2012), rev'd on other grounds, 571 U.S. 161. Because a suit by the Attorney General, like a private attorney general action, has only one plaintiff, and is not brought under Rule 23 or any state law equivalent, it is not removable under CAFA. Id. at 176. The same is true in the case at bar.

22.    Since Hood was decided in 2014, multiple federal courts have relied upon it to hold that private attorney general suits are likewise not covered by CAFA, and thus not removable unless the claims of the named plaintiff exceed $75,000 dollars in controversy. See, e.g., National Consumers League v. Flowers Bakeries, LLC, 36 F. Supp. 3d 26, 32-33 (D.D.C. 2014); Canela v. Costco Wholesale Corp., 971 F.3d 845, 853 (9th Cir. 2020). This case should likewise be heard in state court. The federal courts thus lack jurisdiction because the amount-in-controversy requirement for the named plaintiff cannot be met. For avoidance of doubt, plaintiff does not seek to recover for anyone who lost $75,000 or more during the statute of limitations period.

DOCUMENT 2

23.     The federal courts do not have jurisdiction over this civil action because the plaintiff does not allege that she seeks to recover for any person an amount of $75,000 or more, exclusive of interest and costs. Therefore, diversity jurisdiction does not exist because of the lack of the requisite amount in controversy.

## CLAIM FOR RELIEF

24.     Pursuant to Section 8-1-150(b) of the Alabama Code, Plaintiff Gayla Hamilton Mills seeks recovery of all sums paid by Alabama residents to Playtika in its online gambling games during the period beginning one year before the filing of this complaint until this case is resolved, except that she does not seek recovery of any money lost by an Alabama resident who lost $75,000 or more during the statute of limitations period.

24.     Plaintiff seeks this recovery to go to the benefit of the families of the gamblers who paid the money, as required by Section 8-1-150(b).

## PRAYER FOR RELIEF

Plaintiff respectfully prays that this court:

1) take jurisdiction of this cause;

2) following discovery, enter a final judgment against Playtika awarding to the family and next of kin of all gamblers that made payments from Alabama all money paid to play the illegal gambling games described

11

herein, except for amounts paid by gamblers who lost $75,000 or more during the statute of limitations period;

3) appoint a special master to determine all proper recipients of the money at issue;

4) award interest and costs; and

5) award any other relief to which the Court finds plaintiff and the family members are entitled.

/s/  Jeffrey L. Bowling
Jeffrey L. Bowling
One of the Attorneys for Plaintiff

**COUNSEL:**
Jeffrey L. Bowling
BEDFORD, ROGERS & BOWLING, P.C.
303 North Jackson Street
P.O. Box 669
Russellville, AL 35653-0669
Telephone: 256.332.2880
jeffbrbpc@bellsouth.net

John E. Norris
D. Frank Davis
Wesley W. Barnett
Dargan M. Ware
DAVIS & NORRIS, LLP
Telephone: 205.930.9900
Facsimile: 205.930.9989
jnorris@davisnorris.com
fdavis@davisnorris.com
wbarnett@davisnorris.com
dware@davisnorris.com

DOCUMENT 2

12

PLEASE SERVE BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED:

Playtika, Ltd.
2225 Village Walk Dr.
Suite 240
Henderson, NV 89052

Playtika Holding Corp.
c/o Corporation Service Co.
112 North Cury Street
Carson, NV 89703

DOCUMENT 2



AlaFile E-Notice

33-CV-2023-900117.00

To: JEFFREY LOWELL BOWLING
    jeffbrbpc@bellsouth.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF FRANKLIN COUNTY, ALABAMA

GAYLA HAMILTON MILLS V. PLAYTIKA, LTD. ET AL
33-CV-2023-900117.00

The following complaint was FILED on 8/25/2023 12:15:02 PM

Notice Date:     8/25/2023 12:15:02 PM

ANITA SCOTT
CIRCUIT COURT CLERK
FRANKLIN COUNTY, ALABAMA
P. O. BOX 160
RUSSELLVILLE, AL, 35653

256-332-8861



AlaFile E-Notice

33-CV-2023-900117.00

To:   PLAYTIKA, LTD.
      2225 VILLAGE WALK DRIVE
      SUITE 240
      HENDERSON, NV, 89052

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF FRANKLIN COUNTY, ALABAMA

GAYLA HAMILTON MILLS V. PLAYTIKA, LTD. ET AL
33-CV-2023-900117.00

The following complaint was FILED on 8/25/2023 12:15:02 PM

Notice Date:     8/25/2023 12:15:02 PM

ANITA SCOTT
CIRCUIT COURT CLERK
FRANKLIN COUNTY, ALABAMA
P. O. BOX 160
RUSSELVILLE, AL, 35653

256-332-8861



AlaFile E-Notice

33-CV-2023-900117.00

To: PLAYTIKA HOLDING CORP. C/O CORPORATION SERVICE CO.
112 NORTH CURRY STREET
CARSON, NV, 89703

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF FRANKLIN COUNTY, ALABAMA

GAYLA HAMILTON MILLS V. PLAYTIKA, LTD. ET AL
33-CV-2023-900117.00

The following complaint was FILED on 8/25/2023 12:15:02 PM

Notice Date:     8/25/2023 12:15:02 PM

ANITA SCOTT
CIRCUIT COURT CLERK
FRANKLIN COUNTY, ALABAMA
P. O. BOX 160
RUSSELLVILLE, AL, 35653

256-332-8861

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>33-CV-2023-900117.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF FRANKLIN COUNTY, ALABAMA**
**GAYLA HAMILTON MILLS V. PLAYTIKA, LTD. ET AL**

**NOTICE TO:** PLAYTIKA, LTD., 2225 VILLAGE WALK DRIVE SUITE 240, HENDERSON, NV 89052
(Name and Address of Defendant)

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JEFFREY LOWELL BOWLING
(Name(s) of Attorney(s))

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 669, RUSSELLVILLE, AL 35653
(Address(es) of Plaintiff(s) or Attorney(s))

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of GAYLA HAMILTON MILLS
[Name(s)]
pursuant to the Alabama Rules of the Civil Procedure.

| 08/25/2023 | /s/ ANITA SCOTT | By: |
|---|---|---|
| (Date) | (Signature of Clerk) | (Name) |

☑ Certified Mail is hereby requested.   /s/ JEFFREY LOWELL BOWLING
(Plaintiff's/Attorney's Signature)

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .
(Date)

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
_____ in _____ County,
(Name of Person Served)                            (Name of County)

Alabama on _____ .
(Date)

_____   _____   _____
(Type of Process Server)        (Server's Signature)            (Address of Server)

_____   _____
(Server's Printed Name)         (Phone Number of Server)

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>33-CV-2023-900117.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF FRANKLIN COUNTY, ALABAMA
## GAYLA HAMILTON MILLS V. PLAYTIKA, LTD. ET AL

**NOTICE TO:** PLAYTIKA HOLDING CORP. C/O CORPORATION SERVICE CO., 112 NORTH CURRY STREET, CARSON, NV 89703

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JEFFREY LOWELL BOWLING

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 669, RUSSELLVILLE, AL 35653

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of GAYLA HAMILTON MILLS pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 08/25/2023 | /s/ ANITA SCOTT | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.        /s/ JEFFREY LOWELL BOWLING

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*        *(Name of County)*

Alabama on _____ .

*(Date)*

_____        _____        _____

*(Type of Process Server)*        *(Server's Signature)*        *(Address of Server)*

_____        _____

*(Server's Printed Name)*        *(Phone Number of Server)*

# U.S. Postal Service
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

**For delivery information, visit our website at *www.usps.com*.**

CV2390017

7022 3330 0002 3230 8288

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*

☐ Return Receipt (hardcopy)          $ _____

☐ Return Receipt (electronic)        $ _____

☐ Certified Mail Restricted Delivery  $ _____

☐ Adult Signature Required           $ _____

☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage

$

Total Postage and Fees

$   17.07

Sent To  Nautika LTD

Street and Apt. No., or PO Box No.  2285 Village Walk Dr Ste 240

City, State, ZIP+4®  Henderson NV 89052

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

# U.S. Postal Service
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

7022 3330 0000 0222 8245

OFFICVA3900INSE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)          $ _____
- ☐ Return Receipt (electronic)        $ _____
- ☐ Certified Mail Restricted Delivery $ _____
- ☐ Adult Signature Required           $ _____
- ☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage

$

Total Postage and Fees

$  17.07

Sent To   Playtika Holding Corp

Street and Apt. No., or PO Box No.  1129 N Curry St

City, State, ZIP+4®  Carson NV 89703

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Cv23900117

Playtika Holding Corp
c/o Corporation Svc Co
112 N Curry St
Carson NV 89703

9590 9402 7887 2234 6752 74

2. Article Number (Transfer from service label)

7022 3330 0002 3230 8295

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X    Kids Good for CSC

☐ Agent
☐ Addressee

B. Received by (Printed Name)         C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

FILED
2023 SEP -8 PM 3:14
ANITA SCOTT
CIRCUIT CLERK
IN COUNTY. ALABAMA

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                Domestic Return Receipt



AlaFile E-Notice

33-CV-2023-900117.00

Judge: BRIAN P HAMILTON

To:   BOWLING JEFFREY LOWELL
      jeffbrbpc@bellsouth.net

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF FRANKLIN COUNTY, ALABAMA

GAYLA HAMILTON MILLS V. PLAYTIKA, LTD. ET AL
33-CV-2023-900117.00

The following matter was served on 9/8/2023

D002 PLAYTIKA HOLDING CORP. C/O CORPORATION SERVICE CO.
Corresponding To
CERTIFIED MAIL

ANITA SCOTT
CIRCUIT COURT CLERK
FRANKLIN COUNTY, ALABAMA
P. O. BOX 160
RUSSELVILLE, AL, 35653

256-332-8861



AlaFile E-Notice

33-CV-2023-900117.00

Judge: BRIAN P HAMILTON

To:  MCREYNOLDS JOHN ANDREW IV
     johnmcbrbpc@gmail.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF FRANKLIN COUNTY, ALABAMA

GAYLA HAMILTON MILLS V. PLAYTIKA, LTD. ET AL
33-CV-2023-900117.00

The following matter was served on 9/8/2023

D002 PLAYTIKA HOLDING CORP. C/O CORPORATION SERVICE CO.
Corresponding To
CERTIFIED MAIL

ANITA SCOTT
CIRCUIT COURT CLERK
FRANKLIN COUNTY, ALABAMA
P. O. BOX 160
RUSSELLVILLE, AL, 35653

256-332-8861



AlaFile E-Notice

33-CV-2023-900117.00

Judge: BRIAN P HAMILTON

To: HARGETT EVAN MICHAEL
evanbrbpc@gmail.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF FRANKLIN COUNTY, ALABAMA

GAYLA HAMILTON MILLS V. PLAYTIKA, LTD. ET AL
33-CV-2023-900117.00

The following matter was served on 9/8/2023

D002 PLAYTIKA HOLDING CORP. C/O CORPORATION SERVICE CO.

Corresponding To

CERTIFIED MAIL

ANITA SCOTT
CIRCUIT COURT CLERK
FRANKLIN COUNTY, ALABAMA
P. O. BOX 160
RUSSELLVILLE, AL, 35653

256-332-8861



AlaFile E-Notice

33-CV-2023-900117.00

Judge: BRIAN P HAMILTON

To: DAVIS DUDLEY FRANK
fdavis@davisnorris.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF FRANKLIN COUNTY, ALABAMA

GAYLA HAMILTON MILLS V. PLAYTIKA, LTD. ET AL
33-CV-2023-900117.00

The following matter was served on 9/8/2023

D002 PLAYTIKA HOLDING CORP. C/O CORPORATION SERVICE CO.

Corresponding To

CERTIFIED MAIL

ANITA SCOTT
CIRCUIT COURT CLERK
FRANKLIN COUNTY, ALABAMA
P. O. BOX 160
RUSSELLVILLE, AL, 35653

256-332-8861



**AlaFile E-Notice**

33-CV-2023-900117.00

Judge: BRIAN P HAMILTON

To:   NORRIS JOHN EDWARD
      jnorris@davisnorris.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF FRANKLIN COUNTY, ALABAMA

GAYLA HAMILTON MILLS V. PLAYTIKA, LTD. ET AL
33-CV-2023-900117.00

The following matter was served on 9/8/2023

D002 PLAYTIKA HOLDING CORP. C/O CORPORATION SERVICE CO.

Corresponding To

CERTIFIED MAIL

ANITA SCOTT
CIRCUIT COURT CLERK
FRANKLIN COUNTY, ALABAMA
P. O. BOX 160
RUSSELLVILLE, AL, 35653

256-332-8861



AlaFile E-Notice

33-CV-2023-900117.00

Judge: BRIAN P HAMILTON

To:  WARE DARGAN MANER
     dware@davisnorris.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF FRANKLIN COUNTY, ALABAMA

GAYLA HAMILTON MILLS V. PLAYTIKA, LTD. ET AL
33-CV-2023-900117.00

The following matter was served on 9/8/2023

D002 PLAYTIKA HOLDING CORP. C/O CORPORATION SERVICE CO.

Corresponding To

CERTIFIED MAIL

ANITA SCOTT
CIRCUIT COURT CLERK
FRANKLIN COUNTY, ALABAMA
P. O. BOX 160
RUSSELLVILLE, AL, 35653

256-332-8861