FILED
2023 Sep-28 PM 03:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

# **EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| GAYLA HAMILTON MILLS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. |
| | ) |
| PLAYTIKA, LTD., and | ) |
| PLAYTIKA HOLDING CORP. | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF AMIR YAGIL

I, Amir Yagil, declare and state as follows:

1. I am Chief of Staff of the Chief Revenue Officer at Playtika Ltd. ("Playtika"). I am over eighteen years of age and am competent to make this declaration. I make this declaration based on personal knowledge, the books and records of Playtika, and information reported to me in the ordinary course of business by individuals with a business duty to accurately report that information.

2. Playtika is a company organized under the laws of Israel, with its principal place of business in Israel. Playtika Holding Corp., which is the ultimate parent of Playtika Ltd., is a Delaware company with its principal place of business in Nevada.

3. Playtika maintains electronic reporting systems that contain the total amount of purchases by users of Playtika's casino-themed social games, which are

1

maintained in the ordinary course of business. Purchase data are captured at or near the time the purchases are made.

4. I have reviewed information pulled from the relevant reporting systems.

5. According to this information, the total amount of purchases in Playtika's casino-themed social games in Alabama from August 25, 2022, to August 25, 2023, exceeds $5,000,000, even when excluding purchases by individual players who spent $75,000 or more during that period. Those games had more than 100 such players in the state (again, excluding those who spent $75,000 or more during that period).

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 28th day of September 2023, at Herzliya, Israel.

_____
Amir Yagil