# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| **GAYLA HAMILTON MILLS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No.  3:23-cv-01289-HNJ |
| | ) | |
| **PLAYTIKA, LTD., and** | ) | |
| **PLAYTIKA HOLDING CORP.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Playtika Ltd. ("Playtika") and Playtika Holding Corp. ("PHC"), by counsel, state that PHC is the ultimate parent company of Playtika.  PHC is a publicly traded company incorporated in Delaware and headquartered in Nevada.  Playtika is a limited company organized under the laws of Israel and headquartered in Israel.  Aside from PHC, no publicly traded company owns 10% or more of Playtika Ltd. stock.  Playtika Holding UK II Limited, a private company, owns more than 50% of PHC stock.

Dated: September 28, 2023

Respectfully Submitted,

*/s/ John Earnhardt*
John Earnhardt (ASB-3724-A49J)
MAYNARD NEXSEN
1901 Sixth Ave N, Suite 1700

Birmingham, AL 35203
Tel: (205) 254-1204
jearnhardt@maynardnexsen.com

*Attorney for Defendants VGW Holdings Ltd., VGW Holdings US Inc., VGW US Inc., and VGW Luckyland Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of September 2023, the foregoing document was served on counsel of record for Plaintiff Gayla Hamilton Mills, listed below, via email and certified mail:

Jeffrey L. Bowling
BEDFORD, ROGERS &BOWLING, P.C.
303 North Jackson Street
P.O. Box 669
Russellville, AL 35653-0669
Telephone: 256.332.2880
jeffbrbpc@bellsouth.net

D. Frank Davis (DAV009)
John E. Norris (NOR041)
Wesley W. Barnett (BAR141)
Dargan M. Ware (WAR089)
DAVIS & NORRIS, LLP
2154 Highland Avenue S.
Birmingham, AL 35205
Telephone: 205.930.9900
Facsimile: 205.930.9989
fdavis@davisnorris.com
inorris@davisnorris.com
wbarnett@davisnorris.com
dware@davisnorris.com

*Counsel for Plaintiff Gayla Hamilton Mills*

　　　　　　　　　　　　　　　　　　　*/s/ John Earnhardt*
　　　　　　　　　　　　　　　　　　　John Earnhardt

3